No. 88–6243.   HEFNER v. CALIFORNIA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 88–6245.   CLARK v. FORTNEY ET AL.   C. A. 5th Cir. Certiorari denied.

No. 88–6264.   CAMBRIDGE v. DUCKWORTH, SUPERINTENDENT, INDIANA STATE PRISON, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 88–6268.   MAYNARD v. MARION POWER SHOVEL, DIVISION OF DRESSER INDUSTRIES, INC.   C. A. 6th Cir.   Certiorari denied.

No. 88–6269.   FOURNETTE v. BUTLER, WARDEN, ET AL. C. A. 5th Cir.   Certiorari denied.

No. 88–6270.   JARVIS v. MEARES, SUPERINTENDENT, GASTON FACILITY, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 88–6271.   HARRELL v. BORG, WARDEN, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 88–6274.   VILLAMOR v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 88–6275.   RILEY v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 88–6282.   ELSWICK v. PARKE, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 88–6283.   CURLEY v. MORRIS, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY.   C. A. 6th Cir.   Certiorari denied.

No. 88–6286.   PEREZ v. FLORIDA.   Dist. Ct. App. Fla., 3d Dist.   Certiorari denied.

No. 88–6288.   GUTIERREZ v. SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.   C. A. 2d Cir.   Certiorari denied.